# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| VEDA K. STONE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-5001-CV-SW-NKL |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Veda Stone's ("Stone") Motion for Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 [Doc. # 12]. For the reasons set forth below, the Court grants Stone's Motion.

On June 13, 2006, the Court reversed and remanded the decision of the ALJ [Doc. # 10]. The Clerk of the Court then entered judgment in favor of Stone [Doc. # 11].

In her pending Motion, Stone states that her counsel spent 18.50 hours working on her case. Stone's counsel submitted an invoice in support of that proposition. Stone also claims that an hourly rate of $146.25 is reasonable. Combining these two figures, Stone seeks a total attorney's fee of $2,705.63. Stone does not seek the recovery of any of her costs and the Commissioner does not object to Stone's submitted fees.

Because Stone's claim for attorney's fees is uncontested, the Court finds that the fees requested are reasonable. The Court grants Stone's Motion.

1

Accordingly, it is hereby

ORDERED that Stone's Motion for Attorney's Fees [Doc. # 14] is GRANTED.

Stone is awarded $2,705.63 in attorney's fees.

s/ Nanette K. Laughrey<br>
NANETTE K. LAUGHREY<br>
United States District Judge

DATE:  August 8, 2006
Kansas City, Missouri